1  STEPHEN A. SOMMERS, SBN #225742
   PARKER R. WHITE SBN #95579
2  **CLAYEO C. ARNOLD, PC**
   865 Howe Avenue
3  Sacramento, CA 95825
   Telephone: (916) 777-7777
4  Facsimile: (916) 924-1829
   Email: ssommers@justice4you.com
5  Email: pwhite@justice4you.com
   Email: nico@justice4you.com
6
7  Attorneys for PLAINTIFF
   *JANE DOE*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| JANE DOE | Case No.: 2:25-cv-3155 AC |
|---|---|
| PLAINTIFF, | **~~PROPOSED~~ ORDER ON MOTION TO PROCEED UNDER A PSEUDONYM** |
| vs. | |
| COUNTY OF SOLANO, SOLANO COUNTY SHERIFF'S OFFICE, JOHN B. ROBERTSON (in his individual and official capacities), THOMAS A. FERRARA (in his individual and official capacities), BRADLEY DEWALL (in his official and individual capacities), and JACKSON HARRIS (in his official and individual capacities), | |
| DEFENDANTS. | |

To the Court, having reviewed and considered PLAINTIFF JANE DOE'S Motion to Proceed Under a Pseudonym, finds good cause and GRANTS the motion.

Plaintiff is to serve all Defendants with a copy of an unredacted copy of the notice of true name of plaintiff filed at ECF 1-1.

Plaintiff shall, within 14 days of the issuance of this Order, file a motion to file the unredacted copy of the Notice of True Name of Plaintiff under seal in the Court's docket.

IT IS SO ORDERED.

Dated: November 3, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE