1  STEPHEN A. SOMMERS, SBN #225742
   PARKER R. WHITE SBN #95579
2  **CLAYEO C. ARNOLD, PC**
   865 Howe Avenue
3  Sacramento, CA 95825
   Telephone: (916) 777-7777
4  Facsimile: (916) 924-1829
   Email: ssommers@justice4you.com
5  Email: pwhite@justice4you.com
   Email: nico@justice4you.com
6
   Attorneys for PLAINTIFF
7  *JANE DOE*

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10 | JANE DOE | Case No.: 2:25-cv-03155 |
11 | PLAINTIFF, | |
12 | vs. | **[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL UNREDACTED NOTICE OF TRUE NAME** |
13 | COUNTY OF SOLANO, SOLANO COUNTY SHERIFF'S OFFICE, JOHN B. ROBERTSON (in his individual and official capacities), THOMAS A. FERRARA (in his individual and official capacities), BRADLEY DEWALL (in his official and individual capacities), and JACKSON HARRIS (in his official and individual capacities), | |
18 | DEFENDANTS. | |

To the Court, having reviewed and considered PLAINTIFF JANE DOE'S Request to Seal Unredacted Notice of True Name, finds good cause and GRANTS the motion.

Plaintiff shall, within ten days (10) of the issuance of this Order, send the unredacted copy of the Notice of True Name of Plaintiff to approvedsealed@caed.uscourts.gov to be filed under seal.

IT IS SO ORDERED.

Dated: December 1, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER ON PLTF'S REQ, TO SEAL UNREDACTED NOT. OF TRUE NAME