A. JOHN GODOY, SBN #254911
R. PARKER WHITE SBN #95579
**CLAYEO C. ARNOLD, PC**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: pwhite@justice4you.com
Email: jgodoy@justice4you.com

Attorneys for PLAINTIFF
*JANE DOE*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE<br><br>        PLAINTIFF,<br>vs.<br><br>COUNTY OF SOLANO, SOLANO COUNTY SHERIFF'S OFFICE, JOHN B. ROBERTSON (in his individual and official capacities), THOMAS A. FERRARA (in his individual and official capacities), BRADLEY DEWALL (in his official and individual capacities), and JACKSON HARRIS (in his official and individual capacities),<br><br>        DEFENDANTS. | Case No.: 2:25-cv-03155-WBS-AC<br><br>**ORDER ON STIPULATION TO CONTINUE PRETRIAL SCHEDULING CONFERENCE** |

1

**ORDER ON STIPULATION TO CONTINUE PRETRIAL SCHEDULING CONFERENCE**

The parties have met and conferred and hereby stipulate to continue the pretrial scheduling conference to July 13, 2026.  The parties require additional time to properly discuss the discovery plan and other issues that the Court requested to be covered in the Joint Status Report.

**IT IS SO STIPULATED.**

Date:  April 20, 2026                              CLAYEO C. ARNOLD, PC


By:    /s/ *A. John Godoy*
        A. John Godoy
        Attorneys for Plaintiff
        JANE DOE


Date:  April 20, 2026                              ANGELO, KILDAY & KILDUFF, LLP


By:    /s/ *Matthew B. Grace*
        Matthew B. Grace
        Attorneys for Defendants
        COUNTY OF SOLANO (also sued herein as SOLANO SHERIFF'S OFFICE) and THOMAS A. FERRARA


Date:  April 20, 2026                              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:    /s/ *Corey C. Wilson*
        Corey C. Wilson
        Attorneys for Defendant
        JOHN B. ROBERTSON

**ORDER ON STIPULATION TO CONTINUE PRETRIAL SCHEDULING CONFERENCE**

**PURSUANT TO STIPULATION**

The Scheduling Conference is continued to **August 10, 2026 at 1:30 p.m.**  A joint status report shall be filed no later than **July 27, 2026** pursuant to the Court's Order issued January 7, 2026 (Docket No. 22).

**IT IS SO ORDERED.**

Dated:  April 20, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

NOTICE OF APPEARANCE